GIULIANO LAW, PC
*Proposed Attorneys for the Debtor*
445 Broadhollow Rd., Ste. 25
Melville, New York 11747
(516) 792-9800
Anthony F. Giuliano, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
In re:

                                      Chapter 11

ERIC FEINTUCH,                        Case No. 23-71517

                              Debtor.
----------------------------------------------------X

# DECLARATION OF ERIC FEINTUCH
# PURSUANT TO LOCAL RULE 1007-4

I, ERIC FEINTUCH, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 as follows:

I am the individual Chapter 11 debtor herein (the "Debtor"), and I submit this affidavit pursuant to Rule 1007-2 of the Local Rules for the United States Bankruptcy Court for the Eastern District of New York.

**Local Rule 1007-4(a)(i)**

1. The Debtor is not a small business.

**Local Rule 1007-4(a)(ii)**

2. The Debtor is not a single-asset real estate debtor.

**Local Rule 1007-4(a)(iii)**

3. I am a practicing Chiropractor. COVID-19 had a disastrous effect on my business, and I was not able to pay my bills or the mortgage on my property.

4. My business is now recovering, and I have additional endeavors which I believe will

further supplement my income. I believe I now have the financial wherewithal to pay my creditors through the bankruptcy process.

5. My desire is to utilize the bankruptcy process in order to restructure and reorganize my debts and affairs while maximizing the value of my assets.

**Local Rule 1007-4(a)(iv)**

6. This case was not originally commenced under Chapter 7 or 13 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq., as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

**Local Rule 1007-4(a)(v)**

7. No committee was organized prior to the order for relief in this case.

**Local Rule 1007-4(a)(vi)**

8. A list of the names and addresses of the Debtor's 20 largest unsecured claims, excluding those who would not be entitled to vote at a creditors' meeting and creditors who are "insiders" as that term is defined in 11 U.S.C. Section 101(31) is annexed to the Petition.

**Local Rule 1007-4(a)(vii)**

9. A list of the names and addresses of the five largest secured creditors is:

    a) Reverse Mortgage Funding, LLC f/k/a James B. Nutter & Company
       PO BOX 40724, Lansing, MI 48901
       $987,196.73

**Local Rule 1007-4(a)(viii)**

10. A summary of the Debtor's assets and liabilities is included in the Debtor's Schedules.

**Local Rule 1007-3(a)(ix)**

11. The Debtor is an individual.

**Local Rule 1007-4(a)(x)**

12. None of the Debtor's property is being held by a custodian or any other entity.

**Local Rule 1007-4(a)(xi)**

13. I reside at 636 Nutley Place, Valley Stream NY 11580.

**Local Rule 1007-4(a)(xii)**

636 Nutley Place, Valley Stream NY 11580.

**Local Rule 1007-4(a)(xiii)**

14. The only action I am aware of is: *James B. Nutter & Co. v. Eric Feintuch* Supreme Court of the State of New York, County of Nassau, Index No. 009783/2013 filed, on or about, August 12, 2013.

**Local Rule 1007-4(a)(xiv)**

15. The Debtor is an individual.

**Local Rule 1007-4(a)(xv)**

16. The Debtor has no payroll.

**Local Rule 1007-4(a)(xvi)**

17. My estimated income for the thirty (30) day period following the Petition Date will be $20,000.

**Local Rule 1007-4(a)(xvii)**

18. My estimated expenses for the thirty (30) day period following the Petition Date are $5,795 as set forth in my Schedules I and J.

**Local Rule 1007-4(a)(xviii)**

19. Geico Car Insurance – 11/5/22 -5/5/23

20. Flood Insurance – 9/01/22 – one year

21. Homeowners – 9/01/22 – one year

**Local Rule 1007-4(a)(xix)**

22. Wells Fargo Checking Account

## **CONCLUSION**

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 1st day of May, 2023

*/s/ Eric Feintuch*
By: _____
Eric Feintuch
